IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 1:24-cv-11703

MARCO VERCH,

    Plaintiff,

v.

GOLUB & COMPANY LLC f/d/b/a THE 300,

    Defendant.

## STATUS REPORT

Pursuant to the Court's Order issued January 7, 2025 [D.E. 8], the Undersigned submits this Status Report.

Plaintiff filed its initial Complaint on November 14, 2025, naming 300 South Wacker Corporation d/b/a The 300 as the defendant [D.E. 1]. After attempting service and discovering additional facts, Plaintiff filed its First Amended Complaint, naming Golub & Company LLC f/d/b/a The 300 ("Defendant") as the proper defendant (and removing 300 South Wacker Corporation from the lawsuit). The Undersigned has since communicated with Defendant's counsel, who accepted service on behalf of Defendant. On January 9, 2025, the Undersigned filed Defendant's Waiver of Service. See D.E. 9. Defendant's response to the First Amended Complaint is due on or before March 10, 2025. See D.E. 9.

| | |
|---|---|
| Dated: January 29, 2025. | COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>By: /s/ Daniel DeSouza____<br>      Daniel DeSouza, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.